UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLEY CASTRO, ET AL.**, <br> Plaintiffs, <br> v. <br> **ABM INDUSTRIES INCORPORATED, ET AL.**, <br> Defendants. | Case No. 14-cv-05359-YGR <br><br> **ORDER VACATING HEARINGS** <br> Re: Dkt. Nos. 22, 25 |

The Court has reviewed the papers submitted by the parties in connection with plaintiffs' Motion to Remand and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing on that motion set for March 31, 2015 is **VACATED**. The Court will issue a written decision on the papers.

Moreover, the hearing set for March 31, 2015 on defendants' Motion to Dismiss is **VACATED** pending the Court's ruling on the Motion to Remand, to be rescheduled thereafter if necessary.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**