UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLEY CASTRO, et al.,

Plaintiffs,

v.

ABM INDUSTRIES, INC., et al.,

Defendants.

Case No.  15-cv-01947-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Re: Dkt. No. 1

On April 29, 2015, this action was removed from state court.  Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Gonzalez Rogers to determine whether it is related to *Castro v. ABM Industries Incorporated, et al.*, 14-cv-5359-YGR.

**IT IS SO ORDERED.**

Dated: May 7, 2015

Donna M. Ryu
United States Magistrate Judge